UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIITASI T ALAPATI,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 21-cv-04144-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Parties are to notify the Court of ADR choice by 9/24/2021.

FURTHER CASE MANAGEMENT: 12/10/2021 at 3:00 PM.
Joint Case Management Statement due by 12/3/2021.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   1/17/2022

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/27/2022.

DESIGNATION OF EXPERTS: 8/26/2022; REBUTTAL: 9/16/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 10/14/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 10/28/2022;
    Opp. Due: 11/11/2022; Reply Due: 11/18/2022;
    and set for hearing no later than 12/2/2022 at 10:00 AM.

PRETRIAL PAPERWORK: 1/17/2023;
PRETRIAL CONFERENCE DATE: 1/31/2023 at 3:30 PM.

JURY TRIAL DATE: 2/13/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: September 13, 2021

_____
SUSAN ILLSTON
United States District Judge