UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIITASI T. ALAPATI,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 21-cv-04144-SI<br><br>**ORDER FOR DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2)**<br><br>Re: Dkt. No. 66 |

Plaintiff Aliitasi Alapati filed a voluntary dismissal of this lawsuit on June 30, 2022 after reaching a Conditional Settlement Agreement (CSA) with Defendants. Dkt. No. 66. Defendants filed a qualified non-opposition stating that they also want the Court to dismiss the case and retain jurisdiction to enforce the CSA "upon such terms as the Court deems proper." Dkt. No. 67. Defendants' only objection was to plaintiff's apparent wish that the Court dismiss the case *only if* the Court agrees with Plaintiff's interpretation of the terms of the CSA. *Id.* at 2. In reply, plaintiff clarified that she understands the Court has authority to exercise its discretion as to the terms of dismissal, including "whether particular terms and conditions . . . should be made part of the dismissal order." Dkt. No. 68 at 3.

Upon consideration of Plaintiff's Request for Dismissal Under Federal Rule of Civil Procedure 41(a)(2) and good cause appearing, IT IS HEREBY ORDERED that the request is GRANTED, as follows:

    1) The Conditional Settlement Agreement is incorporated in this Order for Dismissal;

    2) The Court shall retain jurisdiction over this matter, including compliance and enforcement of this Order; and

3)  The action is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: August 17, 2022

_____
SUSAN ILLSTON
United States District Judge

2